

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00365-CR

_____

APRIL DAWN HAYES AKA APRIL DAWN SOLIS, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1522504D

---

Before Sudderth, C.J.; Kerr and Womack, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant April Dawn Hayes (a/k/a April Dawn Solis) has appealed her state-jail-felony conviction for child endangerment and resulting two-year sentence. *See* Tex. Penal Code Ann. § 22.041. On February 24, 2020, her court-appointed appellate counsel filed a brief asserting that her appeal is frivolous and a motion seeking to withdraw from his representation of Hayes. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). The brief and motion meet the *Anders* requirements by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See In re Schulman*, 252 S.W.3d 403, 406–12 (Tex. Crim. App. 2008) (orig. proceeding). Hayes filed a response to her counsel's *Anders* brief, but it provides no arguable grounds for appeal. The State also filed a response, agreeing with Hayes's counsel's assessment.

When an *Anders* brief is filed, we must independently examine the appellate record to determine if any arguable grounds for appeal exist. *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We also consider the *Anders* brief and any pro se response. *Schulman*, 252 S.W.3d at 408–09.

We have carefully reviewed counsel's brief, the appellate record, and Hayes's response. Finding no reversible error, we agree with counsel that this appeal is without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 8, 2021